UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALIKA MISHRA and VIDOTHMA MISHRA,<br><br>　　Plaintiffs,<br><br>　vs.<br><br>GREENPOINT MORTGAGE, GMAC MORTGAGE, LLC, SUCCESS ONE FINANCIAL, ERNEST CUNAMAY AND DOES 1 THROUGH 15, INCLUSIVE,<br><br>　　Defendants. | Case No.  2:09-cv-02225-FCD-EFB<br><br>**ORDER RE:  DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION**<br><br>**[FRCP 41(a)]**<br><br>[filed: July 6, 2009; removed August 11, 2009] |

　　Plaintiffs Kalika Mishra and Vidothma Mishra and Defendant GMAC Mortgage, LLC stipulated, pursuant to FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a), that all claims and demands asserted by Plaintiffs in this action shall be dismissed without prejudice, each party to bear his or its own costs and attorneys fees.  It appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

　　IT IS HEREBY ORDERED that all claims and demands asserted by Plaintiffs Kalika Mishra and Vidothma Mishra in this action shall be and hereby are dismissed

- 1 -
ORDER FOR DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION

without prejudice, each party to bear her or its own costs and attorneys' fees.  All pending hearings are hereby vacated without prejudice.

DATED:  October 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE